IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE XAVIER PEREZ, | : | Civil No. 3:22-cv-1145 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| J. WETZEL, SGT. J. JENKINS, FACILITY MANAGER J. RIVIELLO, UNIT MANAGER G. RALSTON, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 7th day of November, 2022, upon consideration of Plaintiff's motion (Doc. 15) for default judgment, wherein Plaintiff moves for judgment by default on the basis that Defendants were served with the complaint, but never filed an answer or otherwise defended themselves in the case, and it being clear that Defendants have filed a motion (Doc. 13) to dismiss the complaint, **IT IS HEREBY ORDERED THAT** the motion (Doc. 15) for default judgment is **DISMISSED** as moot.

Robert D. Mariani
United States District Judge