IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE XAVIER PEREZ, | : | Civil No. 3:22-cv-1145 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| J. WETZEL, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON

MAY 08 2023

PER_____
DEPUTY CLERK

## ORDER

**AND NOW**, this 8th day of May, 2023, upon consideration of Defendants' motion (Doc. 13) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 13) is **GRANTED**. The complaint (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge